**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wind River Resources, LLC, et al.,<br><br>    Plaintiffs,<br>vs.<br><br>Herb Guenther, et al.,<br><br>    Defendants. | No. CV-09-8023-PCT-PGR<br><br>ORDER |

IT IS ORDERED that the Stipulation for Substitution of Counsel With Client's Consent (doc. #84), submitted on behalf of defendant Jack Riley, is stricken from the record without prejudice to being re-filed as an application in strict conformity with LRCiv 83.3(b).

IT IS FURTHER ORDERED that the caption of all future documents filed in this action shall reflect the reassignment of this action to the undersigned Judge.[1]

DATED this 8th day of April, 2009.

Paul G. Rosenblatt
United States District Judge

---

[1] Counsel are advised that LRCiv 7.1(a)(3) permits the complete capitalization of a party's name in the caption of a document filed with the Court only if that party's name is in fact completely capitalized.